# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

HAROLD MILLER,
        Petitioner,

v.                      CIVIL ACTION NO. 15-13334-NMG

LISA MITCHELL,
        Respondent.

## MEMORANDUM AND ORDER FOR DISMISSAL

**GORTON, J.**

On September 4, 2015, petitioner Harold Miller, a prisoner in custody at the Old Colony Correctional Center, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 11, 2015, this Court issued a Procedural Order (Docket No. 4) directing petitioner either to pay the $5.00 filing fee or to file an Application to Proceed Without Prepayment of Fees or Costs, along with his prison account statement, by October 22, 2015. To date, petitioner has failed to comply with the directives contained in the Procedural Order.

Accordingly, for the failure to satisfy the filing fee requirements of this Court, and the failure to comply with the Court's directives, this action is hereby Ordered DISMISSED in its entirety.

SO ORDERED.

                                        <u>/s/ Nathaniel M. Gorton</u>
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: November 3, 2015