UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harold Miller ) | |
| ) | |
| Petitioner, ) | Civil Action No. |
| ) | 1:15-cv-13334-NMG |
| ) | |
| v. ) | |
| ) | |
| Lisa Mitchell, ) | |
| ) | |
| Respondent. ) | |

ORDER OF DISMISSAL

\_\_\_\_Gorton   D.J.\_\_\_\_

In accordance with the Court's Order dated 9/28/2016 granting the Respondent's motion to dismiss (dkt. no. 17), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

\_\_\_\_9/29/2016\_\_\_\_                                By the Court,
     Date


                                          /s/Stephanie Caruso
                                             Deputy Clerk